JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Lopez,<br><br>      Plaintiff,<br><br>  v.<br><br>Ximena Ivani; and Does 1-10,<br><br>      Defendants. | Case: 5:14-CV-00570-MMM-SH<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

### ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: June 10, 2014

*/s/ Margaret M. Morrow*

HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT COURT JUDGE

1

Stipulation for Dismissal    Case: 5:14-CV-00570-MMM-SH